JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KILGORE, <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 5:20-cv-01951-E <br><br> [PROPOSED] JUDGMENT |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 4/22/21

/s/ CHARLES F. EICK

THE HONORABLE CHARLES EICK
United States Magistrate Judge

-1-